FILED

2004 Dec-17  PM 02:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| TONY L. JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.  02-AR-0912-S |
| | ) | |
| CAPTAIN BEN KING AND THE CITY | ) | |
| OF BIRMINGHAM, | ) | |
| | ) | |
| Respondents. | ) | |

### MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE this 17th day of December, 2004.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| TONY L. JACKSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO.  02-AR-0912-S |
| | ) |
| CAPTAIN BEN KING AND THE CITY | ) |
| OF BIRMINGHAM, | ) |
| | ) |
| Respondents. | ) |

**ORDER OF DISMISSAL**

In accord with the Memorandum of Opinion entered contemporaneously herewith, it is

hereby ORDERED that this petition for writ of habeas corpus is **DISMISSED.**

Costs are taxed to petitioner.

DONE this 17th day of December, 2004.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE